**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00192-CR**
_____

**RANDY BAUER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 253rd District Court**
**Liberty County, Texas**
**Trial Cause No. CR32082**

**MEMORANDUM OPINION**

The trial court sentenced Randy Bauer on May 3, 2018. On June 22, 2018, the trial court granted Bauer's motion for new trial. On June 27, 2018, Bauer's counsel filed a motion to dismiss the appeal because the trial court granted Bauer's motion for new trial. "Granting a new trial restores the case to its position before the former trial[.]" *See* Tex. R. App. P. 21.9(b). Because there is no final, appealable judgment, we lack jurisdiction over the appeal. *See Waller v. State*, 931 S.W.2d 640, 643-44 (Tex. App.–Dallas 1996, no pet.). Because the trial court has granted a new trial, we

1

suspend the requirement that the appellant personally sign the motion to dismiss. *See*

Tex. R. App. P. 2; *see also* Tex. R. App. P. 42.2(a). Accordingly, the appeal is

dismissed. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.


_____
LEANNE JOHNSON
Justice


Submitted on July 24, 2018
Opinion Delivered July 25, 2018
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.